# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01289-LTB-BNB

SALLY RODRIGUEZ,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## JUDGMENT

Pursuant to the offer of judgment served July 2, 2014 and the acceptance thereof filed July 18, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Sally Rodriguez and against the Defendant Midland Credit Management, Inc. in the amount of $1,000.01, in addition Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant. Plaintiff's costs and reasonable attorney's fees are to be in an amount to be determined between the parties and added to the Judgment, or if they are unable to agree, to be determined by the Court upon Motion.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.11%  from the date of entry of Judgment.

DATED at Denver, Colorado this   21st   day of July, 2014.

                            JEFFREY P. COLWELL, CLERK

                      By:   s/A. Thomas
                            Deputy Clerk